1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
4  Telephone: 702.727.1400
   Facsimile: 702.727.1401
5  Email: Sheri.Thome@wilsonelser.com
   *Attorneys for Defendant*
6  *Northland Insurance Company*

7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10 | CARLOS M. HERRERA,                                    | Case No.  2:24-cv-01999-MDC
11 |                    Plaintiffs,                        |
                                                           | **SUBSTITUTION OF ATTORNEYS**
12 | v.                                                    |
13 | NORTHLAND INSURANCE COMPANY, a
   | foreign corporation; DOE NORTHLAND
14 | EMPLOYEE, an individual; DOE
   | INDIVIDUALS I-X, inclusive; and ROE
15 | COPORATIONS I though X, inclusive,
16 |                    Defendants.

17

18   Defendant Northland Insurance Company ("Northland"), hereby substitutes

19 Sheri M. Thome, Esq., of the law offices of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as

20 attorneys of record in place and stead of Christine M. Booze, Esq. and Lara L. Miller, Esq. of

21 Winner Booze.

22 DATE thi 16t da o January 2025.          NORTHLAN INSURANC COMPANY

23
                                            By _____
24
                                            Its   Majo Cas Director
25

26 ///

27 ///

28 ///

306750490v.1

1  Christine M. Booze, Esq. and Lara L. Miller, Esq. of Winner & Booze hereby agree and
2  consent to the above substitution.

3  DATED this 9th day of January, 2025.    WINNER & BOOZE

By: /s/Christine M. Booze
Christine M. Booze, Esq.
Nevada Bar No. 007610
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com

By: /s/Lara L. Miller
Lara L. Miller, Esq.
Nevada Bar No. 012618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
lmiller@winnerfirm.com

Sheri M. Thome, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby accepts substitution as the attorneys of record for Defendant Northland Insurance Company in this matter.

DATED this 16th day of January, 2025.    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sheri M. Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com

## ORDER

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 1/30/2025

306750490v.1