Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com
*Attorneys for Defendant*
*Northland Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS M. HERRERA,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHLAND INSURANCE COMPANY, a foreign corporation; DOE NORTHLAND EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE COPORATIONS I though X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01999-MDC<br><br>**STIPULATION AND (PROPOSED) ORDER TO STAY DISCOVERY FORTY-FIVE DAYS PENDING MEDIATION**<br><br>**(FIRST REQUEST)** |

Plaintiff Carlos M. Herrera ("Herrera") and Defendant Northland Insurance Company ("Northland") (collectively the "parties") by and through their respective counsel, hereby stipulate and agree to stay discovery forty-five (45) days pending mediation.

On February 7, 2025, this Court granted a stipulation to extend discovery deadlines (first request). ECF No. 20. The operative deadlines are as follows:

- Initial expert disclosures: March 14, 2025 (closed)
- Rebuttal expert disclosures: April 14, 2025 (closed)
- Close of discovery: May 13, 2025
- Dispositive motions: June 12, 2025
- Joint proposed pre-trial order: July 14, 2025. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after

312621527v.1

the decision of the dispositive motions. The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the pretrial order.

The parties have worked together and have agreed to mediate this matter with a private mediator within forty-five (45) days.

Courts have "broad discretion in managing their dockets." *BYARS v. W. Best LLC*, No. 2:19-cv-1690-JCM-DJA, 2020 U.S. Dist. LEXIS 118879 at *1 (D. Nev. July. 6, 2020)(citing *Clinton v. Jones*, 520 U.S. 681, 706-07, 117 S. Ct. 1636, 137 L.Ed. 2d 945 (1997)). In exercising this discretion, "courts are guided by the goals of security the just, speedy, and inexpensive resolution of actions." *Id.*; *see also* Fed. R. Civ. P. 1. This broad discretion applies to discovery, including whether to allow or deny discovery. *See e.g.*, *Little v. City of* Seattle, 863 F.2d 681, 685 (9th Cir. 1988).

Here the parties agree that good cause exists to stay discovery given that the parties have worked together and have agreed to mediate this matter within forty-five (45) days to pursue a full resolution of this matter. *See Schrader v. Wynn Las Vegas,* LLC, No. 2:19-cv-02159-JCM-BNW, 2021 U.S. Dist. LEXIS 198974, at *4 (D. Nev. Oct. 14, 2021); *Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-cv-00382-GMN-MDC, 2024 U.S. Dist. LEXIS 90611, 2024 WL 2302151, at *1 (D. Nev. May 21, 2024). Staying discovery here will also avoid duplicating discovery efforts and help avoid unnecessary fees associated with pursuing discovery before the mediation.

Therefore, the parties hereby agree and stipulate that:

1. The close of discovery deadline (and related MSJ deadline) in this action shall be stayed for a period of forty-five (45) days for the parties to engage in mediation. The parties thus request discovery and any filings of be stayed until June 19, 2025, to facilitate mediation efforts and to divert time and resources to mediation.

2. Should mediation result in resolution, the parties will notify this Court no later than June 19, 2025. If the mediation is unsuccessful, the parties shall notify the court by June 19, 2025 and shall stipulate, subject to judicial approval, to a new close of discovery deadline, dispositive motion deadline, and joint pre-trial order deadline.

3. This is the parties' first request for a stay of discovery.

-2-

312621527v.1

4. The parties aver that good cause exits here because the parties are actively seeking to resolve the case and are attempting to do so by pursing formal mediation.

5. The parties make this stipulation in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 5th day of May, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Nicholas F. Adams*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Sheri.Thome@wilsonelser.com
Nicholas.Adams@wilsonelser.com
*Attorneys for Defendant*
*Northland Insurance Company*

DATED this 5th day of May, 2025.

RICHARD HARRIS LAW FIRM

By: */s/ Alberto Castro*
Alberto Castro, Esq.
Nevada Bar No. 014690
801 South Fourth Street
Las Vegas, NV 89101
alberto@richardharrislaw.com
*Attorneys for Plaintiff*
*Carlos M. Herrera*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 5/6/2025

-3-

312621527v.1