1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Nicholas F. Adams, Esq.
   Nevada Bar No. 014813
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
   Email: Nicholas.Adams@wilsonelser.com
7  *Attorneys for Defendant*
   *Northland Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS M. HERRERA,<br><br>  Plaintiffs,<br><br>v.<br><br>NORTHLAND INSURANCE COMPANY, a foreign corporation; DOE NORTHLAND EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE COPORATIONS I though X, inclusive,<br><br>  Defendants. | Case No.  2:24-cv-01999-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Plaintiff, CARLOS M. HERRERA, by and through his attorney of record, Alberto Castro, Esq. of Richard Harris Law Firm, and Defendant NORTHLAND INSURANCE COMPANY, by and through their counsel of record, Sheri Thome, Esq. and Nicholas F. Adams, Esq. of Wilson Elser Moskowitz Edelman and Dicker LLP do hereby stipulate and agree that all claims in this action are dismissed

. . .

. . .

. . .

. . .

. . .

326771308v.1

with prejudice, with each party bearing their own fees and costs.

DATED this 17th day of December, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Nicholas F. Adams*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Nicholas F. Adams, Esq.
    Nevada Bar No. 014813
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Sheri.Thome@wilsonelser.com
    Nicholas.Adams@wilsonelser.com
    *Attorneys for Defendant*
    *Northland Insurance Company*

DATED this 17th day of December, 2025.

RICHARD HARRIS LAW FIRM

By: */s/ Alberto Castro*
    Alberto Castro, Esq.
    Nevada Bar No. 014690
    801 South Fourth Street
    Las Vegas, NV 89101
    alberto@richardharrislaw.com
    *Attorneys for Plaintiff*
    *Carlos M. Herrera*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: <u>December 18, 2025</u>

-2-

326771308v.1